```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX007942
Cashier ID: sg
Transaction Date: 02/25/2008
Payer Name: TODD BARSON
------------------------------------
WRIT OF HABEAS CORPUS
 For: TODD BARSON
 Amount:         $5.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $5.00
------------------------------------
Total Due:       $5.00
Total Tendered: $5.00
Change Amt:     $0.00

08-CV-00387


A fee of $45.00 will be assessed on
any returned check.
```