# CLERK'S OFFICE MEMORANDUM

**Date**:     February 27, 2008

**Case**:     *Dennis O'Neil v. Captain, et al.*, 08-cv-00387-BNB

**To**:       File

**From**:     Boyd N. Boland, Magistrate Judge

This case shall be drawn to a district judge and to a magistrate judge.  The case appears to be inappropriate for summary dismissal.

---

For Clerk's Office Use

## Drawn To:
## District Judge _____ Miller

## Magistrate Judge _____ Tafoya