

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

March 6, 2008

Heather K. Beattie
Dennis O'Neil
PO Box 5406
Breckenridge, CO 80424

   Re:  O'Neil v. Gore, et al
       Civil Action Number: 08-cv-00387-WDM-KMT

Dear Mr. O'Neil:

  Please be advised that your case has been assigned to **Judge Miller**. On all future pleadings please reference the judge designation in the civil action number as shown above.

  In the future, please submit an original and two copies of all papers filed with the Court. Furthermore, it is required that you mail a copy of all pleadings filed with the Court, after the complaint/petition, to all parties or their attorneys. You must file proof of this service in the form of a certificate of service along with each document that you file with the Court.

  Thank you for your cooperation in this matter.

                  Very truly yours,
                  GREGORY C. LANGHAM, CLERK

                  By:
                    Sharnell, Deputy Clerk

04/15/02