IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00387-WDM-KMT

DENNIS O'NEIL,

    Applicant,

v.

MONTE GORE, CAPTAIN PARK COUNTY JAIL, STATE OF COLORADO, UNITED STATES, and
JOHN SOUTHERS [sic], ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER TO ANSWER

---

After preliminary consideration of the Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254, it is now

ORDERED that on or before April 7, 2008, the respondents shall file an answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases.

DATED at Denver, Colorado, on March 7, 2008.

BY THE COURT:

s/ Walker D. Miller

PDF FINAL