| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLOARDO<br><br>**Alfred A. Arraj Unitd States Courthouse**<br>Court Address:      901 19th Street, Room A101<br>                          Denver, CO 80294-3589<br>(303) 844-3433<br><br>**Applicant:** DENNIS O'NEIL<br><br>v.<br><br>**Respondent:** CAPTAIN PARK COUNTY JAIL, MONTE CORE, STATE OF COLORADO, UNITED STATES<br><br>And<br><br>**Additional Respondent:** JOHN SOUTHERS, ATTORNEY GENERAL OF THE STATE OF COLORADO. | **COURT USE ONLY** |
| Attorney for Applicant:<br><br>The Law Office of Todd Barson, P.C.<br>Heather K. Beattie, 37417<br>Todd Barson, 23529<br>P.O. Box 5406 / 111 Ski Hill Road<br>Breckenridge, CO 80424<br>Phone: 970-547-1857<br>Fax: 970-547-1857 | Case No.: 08CV387<br><br>Division: Magistrate Miller |
| **MOTION FOR EXTENSION OF TIME TO ANSWER AND ALLOW FOR SERVICE ON RESPONDENTS** | |

COMES NOW the Applicant, by and through his attorney of record, Heather K. Beattie, and hereby requests this Court allow an extension of time to answer the Application and allow Applicant to formally serve Respondents. As grounds therefore we submit the following:

1. Applicant filed this Application for A Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 and Motion to Court to Hold Evidentiary Hearing on Febuary 25, 2008.  This was filed via ECF.

2. It was Counsel's understanding that the Application would be served on the Respondents via that service similar to LexisNexis.  However, Counsel just learned after receiving a message from the clerk that the Application was not served.

3. Counsel, therefore, requests the Court extend the time period for the Respondents to answer and allow Counsel to formally serve the

1

Respondents named above. They will be served this week via formal service of process.

WHEREFORE the Applicant respectfully requests this Court extend the deadline for the Respondent's to answer the Application and for the Applicant to formally serve both named Respondents.

This 7th day of April, 2008.

BY:

THE LAW OFFICES OF TODD BARSON, P.C.
/s/ *Original signature on file with The Law Offices of Todd Barson, P.C.*
Heather K. Beattie, 37417

2

| | |
|---|---|
| **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLOARDO**<br><br>**Alfred A. Arraj Unitd States Courthouse**<br>Court Address:    901 19th Street, Room A101<br>                              Denver, CO 80294-3589<br>(303) 844-3433<br><br>Applicant:    DENNIS O'NEIL<br><br>v.<br><br>Respondent: CAPTAIN PARK COUNTY JAIL, MONTE CORE, STATE OF COLORADO, UNITED STATES<br><br>And<br><br>Additional Respondent: JOHN SOUTHERS, ATTORNEY GENERAL OF THE STATE OF COLORADO. | **COURT USE ONLY** |
| Attorney for Applicant:<br><br>The Law Office of Todd Barson, P.C.<br>Heather K. Beattie, 37417<br>Todd Barson, 23529<br>P.O. Box 5406 / 111 Ski Hill Road<br>Breckenridge, CO 80424<br>Phone: 970-547-1857<br>Fax: 970-547-1857 | Case No.:   08CV387<br><br>Division:  Magistrate Miller |
| **COURT'S ORDER RE: APPLICANT'S MOTION FOR EXTENSION OF TIME TO ANSWER AND ALLOW FOR SERVICE ON RESPONDENTS** | |

THIS MATTER having come before the Court on Applicant's Motion for Extension of Time to Answer and Allow for Service on Respondents, having reviewed the file and being otherwise advised in the matter,

HEREBY FINDS

The Applicant has shown good cause for an extension to be granted as he has not yet made formal service on Respondents.

HEREBY ORDERS

The Applicant is to serve Respondents by April 11, 2008. The Respondents must Answer by _____ day of _____, 2008.

BY:

_____
DISTRICT MAGISTRATE MILLER