IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00387-WDM-KMT

DENNIS O'NEIL

    Petitioner,

v.

MONTE GORE, Captain park County Jail, State of Colorado, United States,
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Debra Brown, Courtroom Deputy

"Plaintiff's MOTION For Extension of Time to Answer and Allow for Service on Respondents" (#6 filed April 07, 2008 ) is GRANTED.  Respondents' answer shall be filed on or before May 07, 2008.

Dated: April 11, 2008.