| | |
|---|---|
| **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLOARDO**<br><br>**Alfred A. Arraj Unitd States Courthouse**<br>Court Address:   901 19th Street, Room A101<br>                        Denver, CO 80294-3589<br>(303) 844-3433<br>**Applicant:** DENNIS O'NEIL<br><br>v.<br><br>                                          ~~Daniel~~<br>**Respondent:** CAPTAIN PARK COUNTY JAIL, ~~MONTE CORE~~, STATE OF COLORADO, UNITED STATES<br>Muldoon<br>And<br><br>**Additional Respondent:** JOHN SOUTHERS, ATTORNEY GENERAL OF THE STATE OF COLORADO. | **COURT USE ONLY** |
| Attorney for Applicant:<br><br>The Law Office of Todd Barson, P.C.<br>Heather K. Beattie, 37417<br>Todd Barson, 23529<br>P.O. Box 5406 / 111 Ski Hill Road<br>Breckenridge, CO 80424<br>Phone: 970-547-1857<br>Fax: 970-547-1857 | Case No.: 08CV387<br><br>Division: Magistrate Miller |
| **AFFIDAVIT OF SERVICE** ||

I declare under oath that I am 18 years or older and not a party to the action and that I served the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 and Motion For Court to Hold Evidentiary Hearing and Corresponding Attachements A-F on the Respondent, ~~Monte Gore~~ Capitan Muldoon in __Park Cnty / Colorado__ (name of County/State) on __4/10/08__ (date) at __2:01 pm__ (time) at the following location: __1180 Park Cnty Rd 16, Fairplay__.

☒ By handing the documents to a person identified to me as the Respondent, ~~Monte Gore.~~ Daniel Muldoon

☐ By identifying the documents, offering to deliver them to a person identified to me as the Respondent who refused service, and then leaving the documents in a conspicuous place.

1

❑ By leaving the documents at the Respondent's usual place of abode with _____ (Name of Person) who is a member of the Respondent's family and whose age is 18 years or older. (Identify family relationship) _____.)

❑ By leaving the documents at the Respondent's usual workplace with _____ (Name of Person) who is the Respondent's secretary, administrative assistant, bookkeeper, or managing agent. (Circle title of person served.)

❑ By leaving the documents with _____ (Name of Person), who as _____ (title) is authorized by appointment or by law to receive service of process for the Respondent.

❑ By serving the documents as follows (other service permitted by C.R.C.P 4(g) or C.R.C.P. 304(c)(d) and (e): _____

I have charged the following fees for my services in this matter:
☐ Private process server
☒ Sheriff, _Park_ County
_Sandra A West_

Fee $ _See_   Mileage $ _attached_

Signature of Process Server
_Sandra A West_

Subscribed and affirmed, or sworn to before me in the County of _Park_, State of _Colorado_, this _11th_ day of _April_, 20_08_.

My Commission Expires: _03-06-11_
_Carmela A Schweer_
Notary Public

[Notary Seal: CARMELA A. SCHWEER, NOTARY PUBLIC, STATE OF COLORADO, My Comm. Expires 03/06/11]

2

# Park County Sheriff's Office
PO Box 604, Fairplay, Co 80440

| | | |
|---|---|---|
| **Number:** 2181 | **Date Received:** 4/10/08 | **Type:** Application for a Writ of Habeas Corpus |
| **Person to be served:** Captain Muldoon | | **Address for service:** 1180 Park Cnty Rd 16, Fairplay, CO 80440 |
| **SERVE BY:** ASAP | | |
| **Agency Requesting:** The Law Offices of Todd Barson, P.C. | | **Person Requesting:** |
| **Mailing Address:** P.O. Box 5406 | | |
| **City:** Breckenridge | **State:** Co    **Zip:** 80424 | **Phone:** 970-547-7668   **Fax:** 970-547-1857 |
| **Remarks:** | | |

| | | | |
|---|---|---|---|
| **Date Served:** 4/10/2008 | **Time Served:** 2:01 PM | **Total Mileage:** | **No Service:** ☐ |
| **Service Fee:** $35.00 | | | |
| **Mileage Fee:** $  - | | | |
| **Total Due:** $  35.00 | | | |
| **Total received:** $0.00 | **Check #** | | |
| **Balance Due:** $  35.00 | **Date Billed:** 4/11/08 | **Balance Paid:** | |
| **Refund of:** | **Refund Vouchered:** | | |

**Processes Attempted**

| Number | Date | Time | Location | Officer | Mileage | Disposition |
|---|---|---|---|---|---|---|
| 2181 | 4/10/2008 | 2:01pm | 1180 Park Cnty Rd 16, Fairplay | West | 0 | Served |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |