muldoon

| IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLOARDO<br><br>**Alfred A. Arraj Unitd States Courthouse**<br>Court Address:      901 19th Street, Room A101<br>                              Denver, CO 80294-3589<br>(303) 844-3433<br><br>**Applicant:** DENNIS O'NEIL<br><br>v.<br><br>**Respondent:** CAPTAIN PARK COUNTY JAIL, ~~MONTE GORE~~, STATE OF COLORADO, UNITED STATES<br><br>And<br><br>**Additional Respondent:** JOHN SOUTHERS, ATTORNEY GENERAL OF THE STATE OF COLORADO. | **COURT USE ONLY** |
|---|---|
| Attorney for Applicant:<br><br>The Law Office of Todd Barson, P.C.<br>Heather K. Beattie, 37417<br>Todd Barson, 23529<br>P.O. Box 5406 / 111 Ski Hill Road<br>Breckenridge, CO 80424<br>Phone: 970-547-1857<br>Fax: 970-547-1857 | Case No.:   08CV387<br><br>Division:  Magistrate Miller |
| **AFFIDAVIT OF SERVICE** ||

I declare under oath that I am 18 years or older and not a party to the action and that I served the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 and Motion For Court to Hold Evidentiary Hearing and Corresponding Attachements A-F on the Respondent, John Southers in _Denver, Colorado_ (name of County/State) on _April 11, 2008_ (date) at _____ (time) at the following location: _1525 Sherman Street, 7th Floor, Office of the Attorney General / Appellate Unit_

☐ By handing the documents to a person identified to me as the Respondent, ~~Monte Gore~~ _John Southers_.

☐ By identifying the documents, offering to deliver them to a person identified to me as the Respondent who refused service, and then leaving the documents in a conspicuous place.

1

❏ By leaving the documents at the Respondent's usual place of abode with _____ (Name of Person) who is a member of the Respondent's family and whose age is 18 years or older. (Identify family relationship) _____.)

☑ By leaving the documents at the Respondent's usual workplace with Virginia Coakos (Name of Person) who is the Respondent's secretary, administrative assistant, bookkeeper, or managing agent. (Circle title of person served.)

11:26 Am

❏ By leaving the documents with _____ (Name of Person), who as _____ (title) is authorized by appointment or by law to receive service of process for the Respondent.

❏ By serving the documents as follows (other service permitted by C.R.C.P 4(g) or C.R.C.P. 304(c)(d) and (e): _____ _____.

I have charged the following fees for my services in this matter:
☑ Private process server
❏ Sheriff, _____ County

Fee $ 35—       Mileage $ _____

Signature of Process Server
S M

Subscribed and affirmed, or sworn to before me in the County of Summit, State of Colorado, this 11th day of April, 20 08.

My Commission Expires: 5-5-09
_____ Ami L. Bennett
Notary Public

2