IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00387-WDM-KMT

DENNIS O'NEIL,

Applicant,

v.

MONTE GORE, Captain Park County Jail, State of Colorado, and
JOHN SOUTHERS (sic), Attorney General of the State of Colorado,

Respondents,

## MOTION TO DISMISS FOR LACK OF JURISDICTION

Respondent John Suthers,[1] the Attorney General of the State of Colorado, files this motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and (7), as follows:

1. Applicant O'Neil, through counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has named as his custodians, Monte Gore, Captain of the Park County Jail and John Suthers, the Attorney General of the State of Colorado.

2. O'Neil's federal habeas corpus petition attacks his misdemeanor conviction for driving while ability impaired and weaving in Park County

---

[1] The Attorney General's Office does not represent Mr. Gore. He is being represented by the County Attorney of Park County.

case no. 06T527. Mr. O'Neil was sentenced to one year in the county jail on January 22, 2008, however the sentence has been stayed (federal habeas corpus application at p. 1).

3. Because the sentence has been stayed, Mr. O'Neil is not presently in the custody of Monte Gore or the Colorado Attorney General. It appears that the correct custodian, or the party who has power to continue or revoke the stay, would be the County Court of Park County, Presiding Judges Stanley Mayhew and Charles Barton. See Hensley v. Municipal Court, 411 U.S. 345, 351, 93 S. Ct. 1571, 1575 (1973) (Court implies that the state trial court is the correct custodian, "where petitioner remains at large only by the grace of a stay" entered by the state trial court); Reimnitz v. State's Attorney of Cook County, 761 F.2d 405, 411 (7th Cir. 1985) (where applicant was on bail pending retrial, judgment is modified to replace the state's attorney of Cook County by the circuit court of Cook County as respondent); Dunbar v. Cranor, 202 F.2d 949, 950 (9th Cir. 1953) ("The person having the physical custody of the prisoner, who is capable of bringing him into court, is the only person who may properly be named respondent in a petition for habeas corpus.").

4. When a federal habeas corpus applicant has failed to name the proper custodian as a party, this Court lacks personal jurisdiction. Stanley v.

California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) ("Failure to name the petitioner's custodian as a respondent deprives federal courts of personal jurisdiction.").

5. "The text of 28 U.S.C. § 2243 indicates that there is only one proper respondent to a habeas petition: 'The writ ... shall be directed to *the person* having custody of the person detained.' Id. (emphasis supplied). Section 2243 does not indicate that a petitioner may choose from among an array of colorable custodians, and there is nothing about the nature of habeas practice that would justify a court in stretching the statute's singular language to encompass so mischievous an interpretation." Vasquez v. Reno, 233 F.3d 688, 693 (1st Cir. 2000).

6. Additionally, the Honorable Molly Chilson, District Attorney of the Eleventh Judicial District which includes Park County, should be joined as a party in this case. Fed. R. Civ. P. 19. The District Attorney's Office obtained the conviction in this case, handled the appellate proceedings, and would bear the costs of retrial should this Court grant a conditional writ.

WHEREFORE, Respondents request that this Court dismiss this case for lack of personal jurisdiction.

JOHN W. SUTHERS
Attorney General


s/ Laurie A. Booras
LAURIE A. BOORAS, 19648*
First Assistant Attorney General
Appellate Division
Criminal Justice Section
Attorneys for Respondents

1525 Sherman Street, 7th Floor
Denver, Colorado  80203
**D.C. Box No. 20**
Telephone:  (303) 866-5785
FAX:  (303) 866-3955

AG ALPHA:    DAZZ IKIY
AG File:        P:\AP\APBOORLA\o'neil.dismiss.mot.doc

CERTIFICATE OF SERVICE

I hereby certify that on May 7th, 2008, I electronically filed the foregoing MOTION TO DISMISS FOR LACK OF JURISDICTION with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Heather_Beattie06@yahoo.com

And I hereby certify that I have mailed or served the MOTION TO DISMISS FOR LACK OF JURISDICTION and attached exhibit upon all parties herein by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this __7th__ day of __May__ 2008 addressed as follows:

| | |
|---|---|
| Herbert C. Phillips | Honorable Molly Chilson |
| County Attorney, Park County | District Attorney, Eleventh Judicial |
| P.O. Box 1046 | District |
| Fairplay, CO 80440 | P.O. Box 1206 |
| via U.S. mail | Fairplay, CO  80440 |
| | via U.S. mail |

s/ Laurie A. Booras