IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-0387-WDM-KMT

DENNIS O'NEIL,

Applicant,

v.

PARK COUNTY COURT, STATE OF COLORADO, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

Respondents.

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Respondents, by the Attorney General of the State of Colorado, request an extension or enlargement of time to October 1, 2008, for the following reasons:

1. It is unclear whether an answer is currently due, since no show cause order has been issued as to Respondent Park County Court.  See Rule 4, Rules Governing Secton 2254 Cases in the United States District Courts (if the petition is not dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order).  However, it appears that the Court believes an answer is appropriate since the Court issued an order to answer to the former Respondents.

2. The Attorney General's Office has been unable to submit an answer because the office has never handled an appeal involving the applicant's challenged criminal conviction, and has not been in possession of any documents from that appeal.

3. Counsel has obtained briefs filed in the underlying criminal case, and is now able to respond.

4. On September 11, 2008, counsel conferred with counsel for Applicant O'Neil, Ms. Heather Beattie, who stated that she is not opposed to a period of time until October 1, 2008, to allow Respondents to answer.

5. The undersigned counsel has an oral argument in the Colorado Court of Appeals on September 16, 2008, in <u>People v. Jimenez</u>, No. 04CA1098.

6. Counsel is scheduled to give a CLE presentation at the Colorado District Attorney's Council on September 23, 2008.

7. Counsel must present oral argument in the United States Court of Appeals for the Tenth Circuit on September 24, 2008.

WHEREFORE, Respondents respectfully request until October 1, 2008, in order to file an answer.

JOHN W. SUTHERS
Attorney General

                                                s/ Laurie A. Booras
                                                LAURIE A. BOORAS, 19648*
                                                First Assistant Attorney General
                                                Appellate Division
                                                Criminal Justice Section
                                                Attorneys for Respondents

                                                1525 Sherman Street, 5th Floor
                                                Denver, Colorado  80203
                                                **D.C. Box No. 20**
                                                Telephone:  (303) 866-5785
                                                FAX:  (303) 866-3955

AG ALPHA:    DAXX
AG FILE:       AP:APBOORLAoneil.fed.ext.doc

## CERTIFICATE OF SERVICE

I hereby certify that on this   11th   day of  September, 2008, I electronically filed the above UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Heather_Beattie06@yahoo.com

s/ Laurie A. Booras