IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00387-WDM-KMT

DENNIS O'NEIL

      Petitioner,

v.

MONTE GORE, Captain park County Jail, State of Colorado, United States,
JOHN SUTHERS, Attorney General of the State of Colorado,

      Respondents.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Respondents' "Unopposed Motion for Extension of Time to File Answer" (#16, filed September 11, 2008) is GRANTED.  The respondents have up to and including October 1, 2008 in which to answer or otherwise respond to Petitioner's "Amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 and Motion for Court to Hold Evidentiary Hearing" (#15, filed August 16, 2008).

Dated: September 15, 2008