Exhibit F: Order denying certiorari review in O'Neil v. People, No. 07SC883.

| | |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>TWO EAST 14TH AVENUE<br>DENVER, COLORADO 80203<br><br>CERTIORARI TO THE DISTRICT COURT,<br>PARK COUNTY, 07CV107<br>COUNTY COURT, PARK COUNTY, 06T0527 | CASE NO. 07SC883 |

**Petitioner:**

DENNIS O'NEIL,

v.

**Respondent:**

THE PEOPLE OF THE STATE OF COLORADO.

**ORDER OF COURT**

Upon consideration of the Petition for Writ of Certiorari to the District Court of Park County, and after review of the record, briefs, and the judgment of said district court,

IT IS THIS DAY ORDERED that said Petition for Writ of Certiorari shall be, and the same hereby is, DENIED.

BY THE COURT, EN BANC, DECEMBER 31, 2007.

Copies mailed via the State's Mail Services Division on 12/31/07. MLK

Todd Barson
Heather K. Beattie
The Law Offices of Todd Barson
P.O. Box 5406
Breckenridge, CO  80424

Martin Kenney
Deputy District Attorney
P.O. Box 1206
Fairplay, CO  80440

Clerk of the Court
Park County Courthouse
PO Box 190
Fairplay, CO  80440

Honorable Steven Groome
Park County Courthouse
PO Box 190
Fairplay, CO  80440

Honorable Charles M. Barton
Park County Courthouse
PO Box 190
Fairplay, CO  80440