IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00387-WDM-KMT

DENNIS O'NEIL,

Applicant,

v.

PARK COUNTY COURT, STATE OF COLORADO, UNITED STATES, and JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.

## NOTICE OF ENTRY OF APPEARANCE

Respondents, by the Attorney General of the State of Colorado, hereby give notice that Senior Assistant Attorney General John J. Fuerst III enters his general appearance as counsel for Respondents. Co-counsel for Respondents, Laurie A. Booras, will be leaving the employment of the Attorney General's Office, and will be filing her motion to withdraw following conference with Applicant.

JOHN W. SUTHERS
Attorney General

s/ John J. Fuerst III
JOHN J. FUERST III, 16862*
Senior Assistant Attorney General
Appellate Division
Criminal Justice Section
Attorneys for Respondents

                                        1525 Sherman Street, 7th Floor
                                        Denver, Colorado  80203
                                        Telephone:  (303) 866-5785
                                        FAX:  (303) 866-3955
                                        E-mail:  john.fuerst@state.co.us

AG ALPHA:       DAXX QEYN
AG FILE:         \\S_DOL_2\DATA\AP\APFUERJJ\HABEAS\O'NEIL\O'NEIL_ENT.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>31st</u> day of <u>December</u> 2008, I electronically filed the above NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

heather_beattie06@yahoo.com

                                                s/ John J. Fuerst III _____