IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00387-WDM-KMT

DENNIS O'NEIL,

Applicant,

v.

PARK COUNTY COURT, STATE OF COLORADO, UNITED STATES, and
JOHN SOUTHERS (sic) Attorney General of the State of Colorado,

Respondents.

## MOTION TO WITHDRAW AS ATTORNEY FOR RESPONDENTS

Respondents, by the Attorney General of the State of Colorado, request that Laurie A. Booras be permitted to withdraw as counsel for Respondents and be substituted by John Jacob Fuerst, III, Senior Assistant Attorney General.  Ms. Booras will be leaving the Attorney General's Office, since she has been appointed to the Colorado Court of Appeals, effective January 13, 2009.  Mr. Fuerst has already entered his appearance and will take over any subsequent responsibilities.

WHEREFORE, Respondents respectfully request that this Motion to Withdraw as Attorney for Respondents be granted.

JOHN W. SUTHERS
Attorney General

s/ Laurie A. Booras
LAURIE A. BOORAS, 19648*
First Assistant Attorney General
Appellate Division
Criminal Justice Section
Attorneys for Respondents

1525 Sherman Street, 7th Floor
Denver, Colorado  80203
**D.C. Box No. 20**
Telephone:  (303) 866-5785
FAX:  (303) 866-3955

AG ALPHA:          DAXX QEYN
AG FILE:  P:\AP\APBOORLA\WITHDRAW.DOC

CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to confer with Heather Beattie, attorney for applicant O'Neil, by e-mail on December 23, 2008, but as of today's date, December 31, 2008, I have received no response.

    s/ Laurie A. Booras

CERTIFICATE OF SERVICE

I hereby certify that on this  31st  day of December, 2008, I electronically filed the above MOTION TO WITHDRAW AS ATTORNEY FOR RESPONDENTS with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address: Heather_Beattie06@yahoo.com

    s/ Laurie A. Booras