IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00387-WDM-KMT

DENNIS O'NEIL

    Petitioner,

v.

MONTE GORE, Captain park County Jail, State of Colorado, United States,
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Motion to Withdraw Attorney Laurie A. Booras" (Document #22, filed December 31, 2008) is **GRANTED.** Attorney Laurie A. Booras is relieved of any further representation of the Respondents in the above captioned matter. The Clerk of Court is instructed to remove Ms. Johnston from the electronic certificate of mailing.

Dated: January 05, 2009