IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No . 08-cv-00387-WDM-KMT

DENNIS O'NEIL,

      Petitioner,

v.

PARK COUNTY COURT,
STATE OF COLORADO, and
JOHN SUTHERS, ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

_____

JUDGMENT
_____

Pursuant to and in accordance with the Order entered by Senior Judge Walker D. Miller [#25] filed May 12, 2009, denying the Petitioner's Amended Application for a Writ of Habeas Corpus, which is incorporated herein by reference as if fully set forth,

It is ORDERED :

    1.    That the Petitioner's Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [#15] filed August 16, 2008, is denied.

    2.    That judgment is ENTERED in favor of the respondents, Park County Court, State of Colorado, and John Suthers, Attorney General of the State of Colorado and against the petitioner, Dennis O'Neil.

    3.    That this case is DISMISSED.

Civil Action No . 08-cv-00387-WDM-KMT
Judgment

DATED at Denver, Colorado, this 12th day of May, 2009.

FOR THE COURT:

Gregory C. Langham

By: s/ Edward P. Butler
    Edward Butler
    Deputy Clerk